**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 05-619** |
| **EDWARD BASLEY** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION TO COMPEL AND CONTINUE HEARING**

The United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Lauren Stram, Assistant United States Attorney for the District, hereby responds to defendant Edward Basley's motion to compel the production of lab reports and continue hearing. For the reasons set forth below, the defendant's motion should be denied.

1. On October 8, 2008, defendant Basley was sentenced to an aggregate sentence of 300 months' incarceration followed by 10 years of supervised release following his convictions for violations of 21 U.S.C. § 841 (distribution of cocaine and possession with intent to distribute cocaine); and 18 §§ 922(g)(1) (possession of a firearm by a felon) and 924(c) (possession of a firearm in furtherance of a drug trafficking offense). On March 7, 2019, pursuant to the First Step Act, the Court reduced defendant Basley's term of incarceration to 180 months'. On July 30, 2019, the Court ordered that the term of supervised release be reduced to 8 years.

2. On October 18, 2019, defendant Basley's term of supervised release began.

3. On August 29, 2024, the United States Probation Office conducted a Court

authorized search of the defendant's residence. During that search, they located suspected "crack" cocaine and tetrahydrocannabinol ("THC") edibles. When questioned, defendant Basley *admitted that he used both substances*.

4. During that same search, the United States Probation Office also found $44,452 cash in defendant Basley's residence. When questioned about the source of the substantial sum of money, *defendant Basley refused to answer*.

5. On September 25, 2024, while submitting to a random urinalysis, defendant Basley admitted to the United States Probation Office that *he would likely test positive for marijuana*.

6. Based on this conduct, on September 30, 2024, the United States Probation Office filed a petition advising the Court of the aforementioned violations. (ECF No. 702). Pursuant to that petition, the Court scheduled a revocation hearing for October 7, 2024. (ECF No. 703).

7. On October 2, 2024, now-counsel for defendant Basley, Hope Lefeber, Esquire, emailed the Court requesting a two-week continuance. The Court granted the request in part, but advised counsel that it could not accommodate the requested two-week delay and scheduled a hearing for October 15, 2024. (ECF No. 704).

8. On October 4, 2024, Hope Lefeber, Esquire entered her appearance on behalf of the defendant. (ECF No. 705).

9. On October 8, 2024, the undersigned counsel entered her appearance on behalf of the government. (ECF No. 706).

10. On October 11, 2024, counsel for the defendant filed a motion to delay the revocation hearing scheduled for the following Tuesday, apparently blaming the government for

the requested delay. (ECF No. 707).[1] In the same motion, defense counsel seeks the production of sealed documents docketed at ECF No. 699 and 700, as well as laboratory reports related to the controlled substances found during the search of the defendant's residence, which he admitted to possessing and using, and laboratory reports related to the defendant's subsequent positive urinalysis, that he again admitted would likely be positive (as was, in fact, positive). The United States Attorney's Office is not in possession of any of those requested documents and cannot produce what it does not have.[2]

11. Because the defendant admitted to his possession and use of controlled substances, and because he was found in possession of $44,452 cash that was not otherwise reported to the United States Probation Office, he has violated the conditions of supervised release as set forth in the pending Petition and the government is prepared to proceed with the revocation hearing as scheduled.

---

[1] Counsel's suggestion that government counsel was, somehow, nonresponsive is disappointing. Government counsel acted diligently in the now three days since she entered her appearance to address counsel's request for documents that simply are not in the government's possession. Indeed, counsel learned that defense counsel made a similar request of the probation office and was advised that she would need to seek any such documents from the Court. To the undersigned's knowledge, instead of doing so, counsel filed the present motion seeking to compel from the government documents it does not have.

[2] The government has asked the United States Probation Office to bring any laboratory reports in its possession to the October 15, 2024 hearing.

WHEREFORE, for all the reasons set forth above, the defendant's motion to compel the production of documents under seal and/or otherwise not in the government's possession, and because defendant Basley admitted to the violations contained in the United States Probation Office's Report, the government respectfully requests that the defendant's motion to compel and continue his revocation hearing be denied.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

/s/ *Lauren Stram*
LAUREN STRAM
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a copy of the government's answer to be served by electronic mail upon counsel of record.

/s/ *Lauren Stram*
LAUREN STRAM
Assistant United States Attorney

Date: October 11, 2024